UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAFE AFFORDABLE GEORGIA, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAMES D. KREYENBUHL, in his official capacity as Chairman of the State Ethics Commission; RICK THOMPSON, in his official capacity as Vice Chairman of the State Ethics Commission; DAVID BURGE, STAN WISE, and DANA DIMENT, in their official capacities as members of the State Ethics Commission; and CHRISTOPHER M. CARR, in his official capacity as the Attorney General of Georgia,<br><br>　　　　　Defendants. | Case No. 1:25-CV-06985-ELR |

## NOTICE OF APPEARANCE

Pursuant to Northern District of Georgia Local Rule 83.1(D), David B. Dove of Troutman Pepper Locke LLP hereby enters an appearance as counsel on behalf of all Defendants in the above-styled action. Please direct a copy of all future correspondence, pleadings, or other notices to:

David B. Dove
Troutman Pepper Locke LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
david.dove@troutman.com

1

Dated: December 11, 2025

Respectfully submitted,

*/s/ David B. Dove*
David B. Dove
Georgia Bar No. 998664
Troutman Pepper Locke LLP
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308
Telephone: 404.885.3680
Facsimile: 404.885.3900
david.dove@troutman.com

*Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the Local Rules for the United States District Court for the Northern District of Georgia, I hereby certify that the foregoing has been prepared in Times New Roman, 14-point font, as permitted by Local Rule 5.1.

This 11th day of December, 2025.

>*/s/ David B. Dove*
>David B. Dove
>GA Bar No. 998664
>david.dove@troutman.com
>*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel record.

>   */s/ David B. Dove*
>   David B. Dove
>   GA Bar No. 998664
>   david.dove@troutman.com
>   *Counsel for Defendants*