UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAFE AFFORDABLE GEORGIA, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> JAMES D. KREYENBUHL, in his official capacity as Chairman of the State Ethics Commission; RICK THOMPSON, in his official capacity as Vice Chairman of the State Ethics Commission; DAVID BURGE, STAN WISE, and DANA DIMENT, in their official capacities as members of the State Ethics Commission; and CHRISTOPHER M. CARR, in his official capacity as the Attorney General of Georgia, <br><br> *Defendants*. | Case No. 1:25-cv-06985-ELR <br><br> Judge Elenor L. Ross <br><br> **Joint Notice of Proposed Hearing Schedule** |

Pursuant to the Court Order entered on December 9, 2025, the Parties conferred and submit this jointly proposed schedule for the January 14 preliminary injunction hearing.

At this time, the Parties believe the material facts not to be in dispute. Plaintiff intends to proceed on the evidence submitted via declaration already on file in this case. Defendants intend to introduce evidence of the operation

1

of the campaign finance system and the various committees allowed under Georgia law via one witness. Defendants estimate the testimony to last 10-15 minutes. Plaintiff anticipates a 5-minute cross-examination, if any.

For argument, Plaintiff anticipates using 40 minutes and the Defendants, 50 minutes. These estimates include responding to questions from the Court. All in, the Parties anticipate the hearing will last approximately 2 hours.

Dated: January 9, 2026                    Respectfully submitted,

| | |
|---|---|
| */s/ Charles Miller* | */s/ David B. Dove* |
| Charles Miller* | David B. Dove |
| INSTITUTE FOR FREE SPEECH | Georgia Bar No. 998664 |
| 1150 Connecticut Ave., NW, Suite 801 | Special Attorney General for Defendants |
| Washington, D.C. 20036 | Elizabeth Hicks |
| Tel: (202) 301-9800 | Georgia Bar No. 518509 |
| Fax: (202) 301-3399 | Alexander S. Balser |
| cmiller@ifs.org | Georgia Bar No. 962847 |
| | Troutman Pepper Locke, LLP |
| Christopher S. Anulewicz | 600 Peachtree Street N.E., Ste. 3000 |
| Bradley Arant Boult Cummings LLP | Atlanta, Georgia 30308-2216 |
| 1230 Peachtree Street NE | T: (404) 885-3000 |
| 21st Floor | F: (404) 962-6515 |
| Atlanta, GA 30309 | david.dove@troutman.com |
| | betsy.hicks@troutman.com |
| | alex.balser@troutman.com |
| *Counsel for Plaintiff* | |
| *pro hac vice | *Counsel for Defendants* |