IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SAFE AFFORDABLE GEORGIA, INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | 1:25-CV-06985-ELR |
| JAMES D. KREYENBUHL, in his official capacity as Chairman of the State Ethics Commission, et al., | * * * * | |
| Defendants. | * * | |

_____

**ORDER**
_____

Before the Court is Plaintiff's Emergency Motion for Injunction Pending Appeal. [Doc. 24].

Plaintiff previously moved for a preliminary injunction, [Doc. 2], which this Court denied on January 27, 2026, [Doc. 20]. Plaintiff now requests an injunction identical to the one the Court previously denied while Plaintiff appeals this Court's January 27 Order. [<u>Compare</u> Doc. 24 at 2–3, <u>with</u> Doc. 2 at 2–3].

For a court to grant "an injunction pending appeal, the petitioners must show: (1) a substantial likelihood that they will prevail on the merits of the appeal; (2) a substantial risk of irreparable injury to the [movant] unless the injunction is granted;

(3) no substantial harm to other interested persons; and (4) no harm to the public interest." Touchston v. McDermott, 234 F.3d 1130, 1132 (11th Cir. 2000) (en banc). Importantly, "[a]n injunction pending appeal is an extraordinary remedy." State of Fla. v. Dep't of Health and Hum. Servs., 19 F.4th 1271, 1279 (11th Cir. 2021) (internal quotation omitted).

Upon review, the Court denies Plaintiff's motion. Plaintiff has not met its burden of establishing that it is substantially likely to succeed on the merits of its appeal. Although Plaintiff argues again in favor of an injunction, it does so by recasting arguments it previously presented. But Plaintiff provides no persuasive reason for the Court to reconsider its decision and, apart from highlighting its disagreement with the Court's decision, fails to describe any errors of law or fact that make its success on appeal substantially likely.

Accordingly, the Court **DENIES** Plaintiff's Emergency Motion for Injunction Pending Appeal. [Doc. 24].

**SO ORDERED**, this 2nd day of February, 2026.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia